HAHN & HAHN LLP
LAURA V. FARBER, State Bar No. 149618
E-Mail: lfarber@hahnlawyers.com
301 E. COLORADO BOULEVARD
NINTH FLOOR
PASADENA, CALIFORNIA 91101-1977
Telephone: (626) 796-9123
Facsimile: (626) 449-7357

Attorneys for RLB DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ED CV 10 - 01292 VAP (CWx)

| | |
|---|---|
| RLB DEVELOPMENT, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AFFILIATED RESOURCES, INC, <br><br> Defendant. | CASE NO. <br><br> [PROPOSED] ORDER TO SHOW CAUSE RE: CONTEMPT |

TO MULTIMEDIA LED

YOU ARE HEREBY ORDERED to appear on Oct 4, 2010, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of the above-entitled Court located at 3470 Twelfth Street, Riverside, California, then and there to show cause, if you have any, why you should not be adjudged in contempt of Court and punished accordingly for willfully disobeying the Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action ("Subpoena") served on you on May 14, 2010, in regard to the above-entitled action.

The Subpoena and your disobedience thereto are more particularly described in the Declaration of Laura V. Farber, which is attached hereto and made a part

1 | hereof.

2 | Plaintiff is also seeking reimbursement of its attorneys' fees and expenses in
3 | having to bring this Application in the total amount of $2,430.00.

4 | This order shall be served on you by delivering a copy thereof, along with the
5 | Application and Declaration of Laura V. Farber, at least ten (10) day(s) prior to the
6 | date of the hearing.

7 | Dated: Sept 21, 2010        *Virginia A. Phillips*
8 |                              Judge of U.S. District Court

LVF\99999.99999\315980.1

2

[PROPOSED] ORDER TO SHOW CAUSE RE: CONTEMPT